AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Shawn Pongratz and Aleesha Pongratz

*Plaintiff(s)*

v.

Melissa Kelley, et al

*Defendant(s)*

Civil Action No. 5:26 CV 2078

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jaime Grunder
Individually
c/o Tuscarawas County
Job & Family Services
389 16th St SW
New Philadelphia, OH
44663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Shawn Pongratz and Aleesha Pongratz

*Plaintiff(s)*

v.

Melissa Kelley, et al

*Defendant(s)*

Civil Action No. 5:26 CV 2078

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason Hamric,
Individually
c/o Tuscarawas County
Job & Family Services
389 16th St sw
New Philadelphia, OH
44663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Shawn Pongratz and Aleesha Pongratz
*Plaintiff(s)*
v.

Melissa Kelley, et al
*Defendant(s)*

Civil Action No. 5:26 CV 2078

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Monique Bricken
Individually
c/o Tuscarawas County
Job & Family Services
389 16th St SW
New Philadelphia, OH
44663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Shawn Pongratz and Aleesha Pongratz

*Plaintiff(s)*

v.

Melissa Kelley, et al

*Defendant(s)*

Civil Action No. 5:26 CV 2078

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Melissa Kelley,
Individually
c/o Tuscarawas County
Job & Family Services
389 16th St sw
New Philadelphia, OH
44663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date: ____________

____________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Shawn Pongratz and Aleesha Pongratz

*Plaintiff(s)*

v.

Melissa Kelley, et al

*Defendant(s)*

Civil Action No. 5:26 CV 2078

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jane Doe
Individually
c/o Tuscarawas County
Job & Family Services
389 16th St SW
New Philadelphia, OH
44663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Shawn Pongratz and Aleesha Pongratz | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:26 CV 2078 |
| Melissa Kelley, et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Tuscarawas County, Ohio
c/o Tuscarawas County Commissioners
125 E High Ave
New Philadelphia, OH 44663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*